UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| KAMAE GRUPI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>    Defendant. | Case No. CV 04-7586-JWJ<br><br>**ORDER GRANTING PLAINTIFF COUNSEL'S PETITION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)** |

Plaintiff's counsel has filed a Motion For Attorney Fees Pursuant to 42 U.S.C. §406(b). Defendant has filed a Response, and the matter has been taken under submission without oral argument.

## ORDER

Having considered the pleadings filed by counsel for plaintiff and defendant regarding plaintiff counsel's Motion For Attorney Fees pursuant to 42 U.S.C. § 406(b), **IT IS HEREBY ORDERED** that the Court awards plaintiff's counsel the sum of $11,000.00 pursuant to 42 U.S.C. § 406(b).

**IT IS FURTHER ORDERED** that plaintiff's counsel reimburse plaintiff $3,900.00 in EAJA ("Equal Access to Justice Act") fees previously

awarded to plaintiff's counsel.  Counsel shall serve a copy of this Order on plaintiff within **fourteen (14) days** of the date of this Order, and file a certificate of compliance with the Court within **fourteen (14) days** thereafter.

DATED: December 8, 2008

                                         /s/
                                JEFFREY W. JOHNSON
                                United States Magistrate Judge